USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023

**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

March 17, 2023

**BY ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 17, 2023

Re:  *United States v. Martin Handler et al.,* 23-cr-4 (JHR)
    **(Consent Motion to Reschedule *Curcio* Hearings)**

Dear Judge Rearden:

This firm represents Menachem Lieberman, one the defendants in the above-referenced matter. After the *Curcio* hearings in this matter were scheduled, I realized that I had a scheduling conflict as a result of an out-of-state court appearance the next day. With the consent of all parties involved, i.e., counsel for the government, counsel for Mr. Handler and *Curcio* counsel for Mr. Lieberman, I am writing to request that the times for the *Curcio* hearings currently scheduled for Messrs. Lieberman and Handler be swapped resulting in Mr. Lieberman's hearing going forward on March 22, 2023 at 11AM and the hearing for Mr. Handler going forward at 2 PM on that same date. I apologize for any inconvenience that this request may have caused.

Accordingly, counsel requests that the *Curcio* hearing for Mr. Lieberman be rescheduled to March 22, 2023 at 11 AM and that the *Curcio* hearing for Mr. Handler be rescheduled to March 22, 2023 at 2 PM.

Respectfully submitted,

Steven Y. Yurowitz

cc:  Government counsel (by ECF)
    Susan R. Necheles and Gedalia Stern (counsel for Mr. Handler) (by ECF)
    Daniel Stein (by ECF)