```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2023
```

**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG                                                                            GUSTAVE H. NEWMAN (1927-2017)
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

August 4, 2023

*Application GRANTED. Defendant Lieberman's conditions of bail are hereby modified to permit him to fly from New York to Denver on Monday, August 14, 2023 and return to New York on Thursday, August 18, 2023. All other conditions of bail shall remain in effect.*

**BY ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: Aug. 7, 2023*

Re: *United States v. Martin Handler*, et al., 23-cr-004 (JHR)
**(Unopposed Application to Temporarily Modify Bail Conditions)**

Dear Judge Rearden:

    This firm represents Menachem Lieberman, one of the defendants in the above-referenced matter. I am writing to request that the Court modify Mr. Lieberman's conditions of release to permit him to travel together with his wife to Colorado for a brief vacation. If permitted by Your Honor, Mr. Lieberman would fly to Colorado on Monday, August 14 and return to New York on Thursday, August 18. I have communicated with Mr. Lieberman's PTS Officer who has no objection to the trip, and with the government (AUSA Catherine Ghosh) who informed me that the government defers to Pre-Trial's decision in this matter.

    Accordingly, we respectfully request that the Court modify Mr. Lieberman's conditions of release to permit him to fly from New York to Denver on Monday, August 14, 2023 and return back to New York on Thursday, August 18, 2023.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Cahterine Ghosh (by ECF)
    PTS Officer Taelor Nisbeth (by email**)**