USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **9/1/2023**

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

September 1, 2023

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *United States* v. *Menachem Lieberman*,
        23 Cr. 004 (JHR)

Dear Judge Rearden:

We represent Menachem Lieberman in the above-referenced matter.

We write now, with the consent of the Government and Pretrial Services, to request a temporary modification of bail conditions to permit Mr. Lieberman to travel on Wednesday, September 6, 2023, to Cincinnati, Ohio. The purpose of the trip would be to visit cancer patients in Cincinnati Children's Hospital, something Mr. Lieberman does on a weekly basis in New York City. There are currently 2 patients from New York receiving treatment in Cincinnati, and Mr. Lieberman would like to visit them with a rabbi. Earlier today, I confirmed that Pretrial Services has no objection to this travel and that the Government defers to Pretrial Services.

Accordingly, we respectfully request that Mr. Lieberman's bail be modified, temporarily, to permit him to make this trip on September 6.

Respectfully submitted,

s/Daniel Stein

Daniel L. Stein

cc:    AUSAs Wolf, Fiddelman and Ghosh
       Pretrial Services Officer Nisbeth

*Application GRANTED. Defendant Lieberman's conditions of bail are hereby modified to permit him to travel to Cincinnati, Ohio on September 6, 2023, and return to New York that same day. All other conditions of bail shall remain in effect.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: Sept. 1, 2023*