# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

September 29, 2023

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *United States* v. *Menachem Lieberman*,
> 23 Cr. 004 (JHR)

Dear Judge Rearden:

We represent Menachem Lieberman in the above-referenced matter.

We write now, with the consent of the Government and Pretrial Services, to request a temporary modification of bail conditions to permit Mr. Lieberman to travel with his family to Miami, Florida on Tuesday, October 3, 2023, returning to New York on Thursday, October 5. The purpose of the trip would be for a religious observance. Earlier today, I confirmed that Pretrial Services has no objection to this travel and that the Government defers to Pretrial Services.

Accordingly, we respectfully request that Mr. Lieberman's bail be modified, temporarily, to permit him to make this trip on October 3.

Respectfully submitted,

s/Daniel Stein

Daniel L. Stein

cc:   AUSAs Wolf, Fiddelman and Ghosh
      Pretrial Services Officer Nisbeth

Application GRANTED. Defendant Lieberman's bail conditions are hereby modified to permit him to travel to Miami, Florida on October 3, 2023 and return to New York on October 5, 2023. All other conditions of bail shall remain in effect.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: Oct. 2, 2023