# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

December 12, 2023

> Application GRANTED. Defendant's bail conditions are hereby modified to permit travel to (1) Lake George, New York on December 17, 2023 for a family Hanukkah celebration; and (2) the Southern District of Florida this winter to visit his and his wife's parents.
>
> Defendant shall provide his Pretrial Services Officer with his itinerary prior to taking these trips, and shall report daily to Pretrial Services while traveling. All other conditions of bail shall remain in effect.
>
> The Clerk of Court is directed to terminate ECF No. 185.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: December 13, 2023

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *United States* v. *Menachem Lieberman*,
       23 Cr. 004 (JHR)

Dear Judge Rearden:

    We represent Menachem Lieberman in the above-referenced matter. We write now, with the consent of the Government and Pretrial Services, to request two modifications of Mr. Lieberman's bail conditions. *First*, Mr. Lieberman requests a temporary modification of his bail conditions to permit him to travel to Lake George, New York (which is in the Northern District of New York) for a family Hanukkah celebration on December 17, 2023, returning the same day. *Second*, because Mr. Lieberman's parents and his wife's parents will be spending the winter in West Palm Beach, Florida, and he would like to visit with them there at various times this winter, he respectfully requests that his bail conditions be modified to allow travel to the Southern District of Florida. Pretrial Services has no objection to both of these modifications, and the Government has informed me that it defers to Pretrial Services.

    Accordingly, we respectfully request that Mr. Lieberman's bail conditions be modified to permit travel as indicated in the preceding paragraph.

Respectfully submitted,

s/Daniel L. Stein

Daniel L. Stein

cc:    AUSAs Wolf, Fiddelman and Ghosh
       Pretrial Services Officer Nisbeth

WEIL:\99470755\1\59175.0003