

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2024
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 449.  SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
DATED: August 20, 2024

Re:  *United States v. Menachem Lieberman*, S6 23 Cr. 004 (JHR)

Dear Judge Rearden:

The Government writes, with the consent of the defendant, to request that the deadlines for all upcoming Presentence Investigation Report ("PSR") disclosures be extended by an additional two weeks.  In a series of phone calls and written correspondence, the Government and defendant have been conferring regarding certain objections the defendant raised to the initial PSR.  The parties have had productive conversations and are in the process of narrowing the areas of dispute, but additional time is needed to complete these discussions and present the Probation Department and Court with the fewest number of outstanding disagreements.  The parties therefore respectfully request the Court so-order this letter granting a two-week extension of all PSR disclosure deadlines in this matter.[1]

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  _____/s/_____
Daniel H. Wolf
Catherine Ghosh
Stephanie Simon
Assistant United States Attorneys
(212) 637-2337 / 1114 / 2581

cc:  Counsel of Record
     Jemmard Thomas (U.S. Probation Officer)

---

[1] On June 21, 2024, the Court adjourned Lieberman's sentencing *sine die* (Dkt. No. 341), so the requested adjournment will not affect any sentencing date.