

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 20, 2024

Application GRANTED. Defendant's sentencing will begin at **10:00 a.m.** on **January 17, 2025**.

The Clerk of Court is directed to terminate ECF No. 544.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: December 20, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Menachem Lieberman*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

Sentencing in the above-captioned matter is currently scheduled for January 17, 2025, at 11:00 a.m. For scheduling reasons, and with the consent of the defendant, the Government respectfully requests that the sentencing proceeding be moved one hour earlier, to 10:00 a.m., if convenient for the Court.

Respectfully submitted,

DANIEL M. GITNER
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

By: _____/s/_____
Catherine Ghosh
Stephanie Simon
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1114 / 2581 / 2337

cc:  Counsel of Record (via ECF)