

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 9, 2025

**Application GRANTED.**

**The Clerk of Court is directed to terminate ECF No. 557.**

**SO ORDERED.**

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 10, 2025

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Menachem Lieberman*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

    Pursuant to the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests permission to file on the public docket redacted versions of Exhibits 1, 2, 6, and 10 to the Government's sentencing submission of today. The proposed redactions are intended to protect the identities of non-party witnesses. *See*, *e.g.*, *U.S. Sec. & Exch. Comm'n v. Ahmed*, No. 3:15 Civ. 675 (JBA), 2018 WL 4266079, at *3 (D. Conn. Sept. 6, 2018) (finding that non-party's confidentiality interest "substantially outweigh[ed] the public's right of access" and granting motion to seal). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with unredacted copies of these exhibits highlighting the pertinent information that has been redacted. Additional redactions applied to any exhibits accompanying the Government's sentencing submission fall within the categories information for which Court approval is not required.

                                                Respectfully submitted,

                                               MATTHEW PODOLSKY
                                               Chief Counsel to the Acting United States Attorney
                                               Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515

                By:       /s/
                           Catherine Ghosh/ Stephanie Simon / Daniel H. Wolf
                           Assistant United States Attorneys
                           (212) 637-1114 / 2581 / 2337

cc: Counsel of Record (via ECF)