UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 Cr. 0004 (JHR) |
| -v.- | ORDER |
| MENACHEM LIEBERMAN, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

By **March 5, 2025**, in connection with the *Fatico* hearing scheduled for March 13, 2025, *see* ECF No. 566, the parties shall file any written submissions; an exhibit list; and a witness list reflecting modifications, if any, to the anticipated witnesses identified in the parties' January 17, 2025 letter, *see* ECF No. 564.

SO ORDERED.

Dated: February 17, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge