# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

April 18, 2025

**Application GRANTED.**

**The Clerk of Court is directed to maintain ECF No. 606 under seal and to terminate ECF No. 607.**

**SO ORDERED.**

*Jennifer H. Rearden, U.S.D.J.*
**Dated: April 20, 2025**

<u>ELECTRONICALLY FILED</u>

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

We represent the defendant, Menachem Lieberman, in the above-captioned matter. Pursuant to the Court's Individual Rules and Practices in Criminal Cases, we respectfully request leave to file a letter under seal regarding a recent medical issue that has arisen for Mr. Lieberman and its impact on his May 1, 2025 sentencing date.

Our letter contains sensitive medical information regarding Mr. Lieberman's diagnosis and treatment of a medical issue that outweighs the public's right to information. Our request is narrowly tailored to protect the privacy interest Mr. Lieberman has in keeping his medical information confidential and is otherwise consistent with the presumption in favor of public access to judicial documents.

Courts in this circuit have routinely recognized a strong privacy interest in medical information which outweighs the public's interest in full access to such documents. *See e.g., McGuirk v. Swiss Re Fin. Servs. Corp.*, 2015 WL 13661685, at *1 (S.D.N.Y. Mar. 30, 2015) ("Medical information is among the types of information often made subject to a sealing order."); *Dilworth v. Goldberg*, 2014 WL 3798631, at *2 (S.D.N.Y. Aug. 1, 2014) (exhibits were properly redacted because they "comprised Plaintiff's private medical records"); *Hand v. New York City Transit Auth.*, 2012 WL 3704826, at *5 (E.D.N.Y. Aug. 26, 2012) ("Federal law generally treats medical records as confidential."); *Wheeler–Whichard v. Doe*, 2010 WL 3395288, at *7 (W.D.N.Y. Aug.25, 2010) (noting that courts routinely permit medical records to be filed under seal).

The Honorable Jennifer H. Rearden
April 18, 2025
Page 2

**Weil, Gotshal & Manges LLP**

      We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel L. Stein*
Daniel L. Stein

cc: All counsel of record (via ECF)