**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2025

Defendant Lieberman's sentencing hearing scheduled for June 17, 2025 is adjourned to **June 23, 2025** at **2:15 p.m.** The Government shall respond to Defendant's May 30, 2025 letter by **June 17, 2025**.

The Clerk of Court is directed to terminate ECF No. 625.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 12, 2025

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Menachem Lieberman*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

The parties jointly submit this letter to request that the sentencing proceeding scheduled for June 17, 2025, be adjourned to a date and time on or after June 24, 2025, that is convenient for the Court. The parties make this request to provide them with additional time to discuss with each other their respective sentencing positions.

Should the Court grant this request for an adjournment, the Government further requests, with consent of defense counsel, that its response to the defendant's May 30, 2025, letter (Dkt. 618) be adjourned to one week prior to the date of sentencing.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: ___/s/_____
    Jacob R. Fiddelman
    Catherine Ghosh
    Stephanie Simon
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-1024 / 1114 / 2581 / 2337

cc: Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2025