

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2025

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 17, 2025

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 631.

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Dated: June 18, 2025

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Menachem Lieberman*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

Pursuant to the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests permission to file on the public docket a redacted version of the exhibit attached to the Government's sentencing letter of today. The proposed redaction is intended to protect the identify of a non-party witness. *See*, *e.g.*, *U.S. Sec. & Exch. Comm'n v. Ahmed*, No. 3:15 Civ. 675 (JBA), 2018 WL 4266079, at *3 (D. Conn. Sept. 6, 2018) (finding that non-party's confidentiality interest "substantially outweigh[ed] the public's right of access" and granting motion to seal). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with an unredacted copy of the exhibit highlighting the pertinent information that has been redacted.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   _____/s/_____
Jacob R. Fiddelman
Catherine Ghosh
Stephanie Simon
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1024 / 1114 / 2581 / 2337

cc: Counsel of Record (via ECF)