USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MENACHEM LIEBERMAN

**Consent**
**Order of Restitution**

S6 23 Cr. 004 (JHR)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Daniel H. Wolf, Jacob R. Fiddelman, Catherine Ghosh, and Stephanie Simon, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Two of Superseding Information S6 23 Cr. 04 (JHR); and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution**

Menachem Lieberman, the defendant, shall pay restitution in the total amount of $1,854,543.35, pursuant to 18 U.S.C. §§ 3663(a)(1)(A), 3663A(a)(2), 3663A(a)(3) to the New York City Administration for Children's Services, which is the victim of the offense charged in Count One, at the below address:

Administration for Children's Services
Attention Banking Unit - Lior Zvi
ACS PO Box 1001
Peck Slip Station
New York, NY 10272

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court. Restitution is not joint and several with other defendants or with others not named herein.

**2. Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond shall be applied to the payment of restitution, except that such application shall not take effect until such time as the defendant commences service of the incarceration portion of the sentence, to the extent such sentence includes incarceration and the defendant is not in custody.

**3. Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

**4. Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

[Intentionally left blank]

**5. <u>Term of Liability</u>**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ______________________ 6/23/2025
Jacob R. Fiddelman / Catherine Ghosh
Stephanie Simon / Daniel H. Wolf
Tel.: (212) 637-1024 / 1114 / 2581 / 2337

DATE

MENACHEM LIEBERMAN

By: ______________________ 6/23/25
Menachem Lieberman

DATE

By: ______________________ 6/23/25
Daniel Stein, Esq.
Chelsea Spence, Esq.
Weil, Gotshal & Manges LLP

DATE

SO ORDERED:

Jennifer H. Rearden 6/23/25
HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

DATE