**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

October 6, 2025

**ELECTRONICALLY FILED**

MEMO ENDORSED
(p. 2)

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

We represent the defendant, Menachem Lieberman, in the above-captioned matter. Pursuant to the Court's Individual Rules and Practices in Criminal Cases, we respectfully request leave to file our letter motion and accompanying exhibits requesting a postponement of Mr. Lieberman's surrender date under seal.

The letter motion and attached exhibits contain sensitive medical information regarding Mr. Lieberman's treatment and diagnosis which outweighs the public's right to information. Our request is narrowly tailored to protect the privacy interest Mr. Lieberman has in his keeping his medical information confidential and is otherwise consistent with the presumption in favor of public access to judicial documents.

Courts in this circuit have routinely recognized a strong privacy interest in medical information which outweighs the public's interest in full access to these documents. *See e.g., McGuirk v. Swiss Re Fin. Servs. Corp.*, 2015 WL 13661685, at *1 (S.D.N.Y. Mar. 30, 2015) ("Medical information is among the types of information often made subject to a sealing order."); *Dilworth v. Goldberg*, 2014 WL 3798631, at *2 (S.D.N.Y. Aug. 1, 2014) (exhibits were properly redacted because they "comprised Plaintiff's private medical records."); *Hand v. New York City Transit Auth.*, 2012 WL 3704826, at *5 (E.D.N.Y. Aug. 26, 2012) ("Federal law generally treats medical records as confidential."); *Wheeler–Whichard v. Doe*, 2010 WL 3395288, at *7 (W.D.N.Y. Aug.25, 2010) (noting that courts routinely file medical records under seal).

The Honorable Jennifer H. Rearden

**Weil, Gotshal & Manges LLP**

October 6, 2025

Page 2


Given the substantial privacy interests at stake, allowing the letter motion and exhibits to be filed under seal is necessary and appropriate to safeguard Mr. Lieberman's substantial privacy interest in his medical information.

We appreciate the Court's consideration.


Respectfully submitted,

/s/ *Daniel L. Stein*
Daniel L. Stein

cc: All counsel of record (via ECF)


Application granted in part and denied in part.  Mr. Lieberman's letter-motion requesting a postponement of his surrender date shall be filed on the public docket with references to his medical information redacted.  The exhibits to the motion shall be sealed in their entirety.  A single page marked "SEALED" shall be filed in place of each exhibit.  *See* Indiv. R. 10.D(i).

Defendant shall file the instant motion on the public docket without redactions.  Following that, the Court will post this Order.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: October 7, 2025