**Weil, Gotshal & Manges LLP**

Application GRANTED. Defendant
Menachem Lieberman's conditions of release
are hereby modified to permit travel to
Rochester, Minnesota from January 10 to
January 13, 2026 to attend an appointment at
the Mayo Clinic. All other conditions of
release shall remain in effect.

The Clerk of Court is directed to terminate
ECF No. 684.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: January 8, 2026

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

January 8, 2026

**ELECTRONICALLY FILED**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

We represent the defendant, Menachem Lieberman, in the above-captioned matter. We write to respectfully request a temporary modification to Mr. Lieberman's conditions of release to travel to Rochester, Minnesota to attend his appointment at the Mayo Clinic from January 10, 2026 to January 13, 2026. Pretrial Services has no objection to this request and the Government defers to Pretrial.

As reported in a previous letter to the Court, (Dkt. No. 676), Mr. Lieberman's physicians are concerned ███████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ In October, the Court postponed Mr. Lieberman's surrender date to allow his physicians to properly assess ████████████████████████████ ██████████████████████████, including specifically the upcoming Mayo Clinic appointment, which is essential to this evaluation. *See* Dkt. No. 676, 680.

Accordingly, Mr. Lieberman respectfully requests a temporary modification to his conditions of release to travel to Minnesota for the Mayo Clinic appointment. If the Court grants this request, Mr. Lieberman would fly from New York to Rochester, Minnesota on Saturday, January 10, 2026 and return to New York on Tuesday, January 13, 2026. We would provide Pretrial Services with a copy of his travel itinerary, including his flight information and the address at which he would be staying.

The Honorable Jennifer H. Rearden
January 8, 2026
Page 2

**Weil, Gotshal & Manges LLP**

      We have spoken to U.S. Pretrial Services Officer Taelor Nisbeth, who does not oppose this request, and AUSA Wolf, who informed us that the Government defers to Pretrial Services.

      We thank Your Honor for your understand and patience with this matter.

Respectfully submitted,

/s/ *Daniel L. Stein*
Daniel L. Stein

cc: All counsel of record (via ECF)