**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

April 23, 2026

Application GRANTED. In light of the Mayo Clinic's assessment, the correspondence from the Bureau of Prisons, and the Government's position, the Court hereby adjourns Mr. Lieberman's surrender date to **July 17, 2026** to allow for uninterrupted completion of his current phase of treatment.

The Clerk of Court is directed to terminate ECF No. 696.

**ELECTRONICALLY FILED**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: April 23, 2026

Re: *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

We represent defendant Menachem Lieberman in the above-captioned matter. We write to update the Court regarding significant developments in Mr. Lieberman's medical condition and treatment since the Court's April 12, 2026 Order, *see* Dkt. No. 693., and in advance of his current surrender date, which is scheduled for tomorrow, April 24, 2026, at 12:00 p.m. Since the Court's last Order, Mr. Lieberman attended the rescheduled Mayo Clinic appointment that the Court permitted him to attend, and both the Mayo Clinic and the Bureau of Prisons ("BOP") have since provided written submissions bearing on the timing of his surrender. Copies of those letters are attached as Exhibits A and B. In light of these developments, Mr. Lieberman submits this update for the Court's consideration and, respectfully requests that his surrender date be adjourned one final time from April 24, 2026 to July 17, 2026. Mr. Lieberman intends this submission to serve as the final application concerning the timing of his surrender.

As a preliminary matter, we respectfully apologize for the timing of this submission. Given the limited time between Mr. Lieberman's April 21, 2026 Mayo Clinic appointment and his current April 24, 2026 surrender date, we have moved as expeditiously as possible to obtain the Mayo Clinic's written medical assessment, confer with the Government, and provide the Court with an update based on those intervening developments. This submission is being made at the earliest practicable time after those developments, so that the Court may consider the conclusions of Mr. Lieberman's specialists, together with the Bureau of Prisons' position, before his scheduled surrender.

As the Court is aware, Mr. Lieberman has for several months been ███████████
████████████████████████████

The Honorable Jennifer H. Rearden
April 23, 2026
Page 2

**Weil, Gotshal & Manges LLP**

████████████ In prior applications, we have advised the Court that his physicians were attempting to determine the extent of the disease and the appropriate course of treatment before surrender. The Court granted prior postponements through April 24, 2026. *See* Dkt. Nos. 680, 687, 693.

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████

In light of the Court's April 12, 2026 Order, Steven Yurowitz, another attorney acting on Mr. Lieberman's behalf, sought the Bureau of Prisons' view regarding whether Mr. Lieberman's present medical condition and treatment phase were appropriately manageable upon surrender. On April 21, 2026,[1] the Bureau of Prisons' Designation and Sentence Computation Center advised in writing that BOP "does not object to an extension of the surrender date by 10 weeks in order for Mr. Lieberman to complete [] needed medical treatment."[2] Ex. B.

We would also like to advise the Court of an additional development related to Mr. Lieberman's facility designation. We understand that, in light of Mr. Lieberman's present medical status, his designation has shifted from the minimum-security satellite camp at Otisville, New York, which was originally recommended by the Court at sentencing, to the federal medical center at Butner, North

---

[1] The BOP's letter was received a few hours before we received ████████ letter stating that Mr. Lieberman requires an eight-to-twelve-week treatment initiation and stabilization period.

**Weil, Gotshal & Manges LLP**

Carolina. Based on ▮▮▮▮▮▮▮ letter, however, the expectation is that once the present initiation, monitoring, and stabilization period is completed, Mr. Lieberman's treatment should be on a stable footing that can be managed with standard care. Ex. A. We therefore understand the current designation to reflect the temporary demands of this acute treatment period rather than Mr. Lieberman's longer-term placement status. As a practical matter, that temporary redesignation carries materially different consequences for security level, visitation, family access, and religious observance, including ease of access to Kosher food and religious services, than the Otisville camp placement. The distance between Butner and the Liebermans' home in Brooklyn will also impose substantially greater hardship on Mr. Lieberman's wife and children when visiting him during what Mayo Clinic now describes as a medically transitional period expected to last approximately eight to twelve weeks. We present this information to provide the Court with a fuller picture of how the timing of surrender may affect both designation and the conditions of confinement during a period that his treating team expects to be temporary.

Against that backdrop, we respectfully provide the Court with these updated materials in light of the imminence of Mr. Lieberman's scheduled surrender date. Since before his sentencing, Mr. Lieberman has been dealing with serious health concerns. He does not seek to avoid serving his sentence, and he fully appreciates the Court's prior observation that extensions cannot continue indefinitely. Mr. Lieberman, and our team, are truly grateful to the Court for the care and understanding it has shown in dealing with this urgent issue. The circumstances here, however, are genuinely extraordinary. Mayo Clinic now asserts that he is in a medically high-risk period of treatment initiation that cannot safely be interrupted or transferred, and the Bureau of Prisons and the Government do not object to an extension so that he may complete that care. Taken together, they establish that a further postponement is a matter of medical necessity before a safe transition into custody can occur.

In light of those developments, Mr. Lieberman respectfully requests that his surrender date be adjourned from April 24, 2026 to July 17, 2026, consistent with ▮▮▮▮▮▮▮ view that Mr. Lieberman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, or such other date as the Court considers appropriate, including at minimum a date consistent with the ten-week extension endorsed by the Bureau of Prisons.

We have consulted with the Government regarding this request and received permission to share the following:

On Tuesday, April 21, 2026, the Government received from defense counsel a letter from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The Government subsequently provided that letter to counsel for the Bureau of Prisons.

The Honorable Jennifer H. Rearden                    **Weil, Gotshal & Manges LLP**
April 23, 2026
Page 4


Today, on April 23, 2026, the Bureau of Prisons advised through counsel, in substance, that under the circumstances described in ███████ letter, Mr. Lieberman would benefit from continuity in care by his current treating team, without the delay in treatment that could be incurred if he were to surrender tomorrow and require a new medical evaluation by the Bureau of Prisons. Counsel further stated, in substance, that the Bureau of Prisons can continue any necessary treatment once Mr. Lieberman completes the prescribed ████████████████.

In light of the foregoing, the Government does not object to Mr. Lieberman's request for an adjournment of his surrender date that is no longer than twelve weeks, and with the understanding from Mr. Lieberman's counsel that Mr. Lieberman will not seek any further adjournment of his surrender date.


We sincerely thank Your Honor for the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel L. Stein*
Daniel L. Stein

cc: All counsel of record (via ECF)