**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Daniel L. Stein**
+1 (212) 310-8140
Daniel.Stein@weil.com

July 1, 2026

**ELECTRONICALLY FILED**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

Application GRANTED. Defendant Lieberman's conditions of release are hereby modified to permit travel to Jacksonville, Florida from July 6 to July 7, 2026 to attend appointments at the Mayo Clinic. All other conditions of release shall remain in effect.

The Clerk of Court is directed to terminate ECF No. 698.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: July 1, 2026

We represent the defendant, Menachem Lieberman. We write to respectfully request a temporary modification of Mr. Lieberman's conditions of release to travel to Jacksonville, Florida, to attend medical appointments at the Mayo Clinic's Jacksonville campus from July 6, 2026, to July 7, 2026. Pretrial Services has no objection to this request and the Government defers to Pretrial Services.

On April 23, 2026, the Court postponed Mr. Lieberman's surrender date to July 17, 2026, to allow him to pursue a course of treatment at the Mayo Clinic before beginning to serve his sentence. *See* Dkt. No. 697. He has scheduled a final appointment with his treating physician at Mayo for July 7. Accordingly, Mr. Lieberman respectfully requests a temporary modification to his conditions of release to travel to Jacksonville for this appointment. If the Court grants this request, Mr. Lieberman would fly from New York to Jacksonville on Monday, July 6, 2026, and return to New York on Tuesday, July 7, 2026. We would provide Pretrial Services with a copy of his travel itinerary, including his flight information and the address at which he would be staying.

Respectfully submitted,
/s/ *Daniel L. Stein*
Daniel L. Stein

cc: All counsel of record (via ECF)