**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Daniel L. Stein
+1 (212) 310-8140
Daniel.Stein@weil.com

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 705.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: August 4, 2026

August 4, 2026

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Menachem Lieberman*, 23-cr-4-JHR-2

Dear Judge Rearden:

We represent the defendant, Menachem Lieberman. Upon Mr. Lieberman's arrest in January 2023, he was ordered released on conditions, including that he, his wife and four minor children surrender their passports. Those passports were surrendered shortly therafter. On June 23, 2025, this Court sentenced Mr. Lieberman to, among other penalties, a term of imprisonment of 52 months. Judgement was entered on June 24, 2026.

On July 17, 2026, Mr. Lieberman surrendered and began serving his sentence. In light of his surrender, we write now, with the consent of the Government, to request the return of Mr. Lieberman's passport along with the passports of his wife and minor children.

Respectfully submitted,

Daniel L. Stein

Daniel L. Stein

cc: AUSA Daniel Wolf
AUSA Catherine Ghosh
(by electronic mail)